Todd Pickles (SBN 215629)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Attorney for TouchPay Holdings, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIYANNA MOTHERSHED MANAFOV,<br><br>    Plaintiff,<br><br>v.<br><br>TOUCHPAY HOLDINGS, LLC,<br><br>    Defendant. | CASE NO. 2:25-cv-03141-WBS-AC<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR RESPONSE TO COMPLAINT** |

Pursuant to Local Rule 144, Defendant TouchPay Holdings, LLC ("TouchPay"), and Plaintiff Tiyanna Mothershed Manafov ("Plaintiff"), through their respective counsel, by stipulation, seek an extension of time for TouchPay to respond to the Complaint and in support states as follows:

1. Plaintiff filed this case on October 29, 2025. *See* ECF No. 1.

2. TouchPay was served and its response to the Complaint is due on November 24, 2025. *See* ECF No. 2.

3. The parties initially agreed to a brief two-week extension of time for TouchPay to review the allegations in the Complaint and prepare a meaningful response to the Complaint. *See* ECF No. 4.

4. The parties agree that a further extension of time is appropriate to allow them to engage in meaningful settlement discussions in a good faith effort to resolve this matter without further litigation.

5. Plaintiff agrees to an extension of time to and including January 16, 2026.

6. This stipulation is made in good faith, good cause exists, and there is no prejudice to Plaintiff.

Accordingly, the parties respectfully request for an extension of time for TouchPay's response to the Complaint to be extended until and including January 16, 2026.

DATED: December 8, 2025					GREENBERG TRAURIG, LLP

By: */s/ Todd Pickles*
Todd Pickles
Attorney for Defendant

DATED: December 8, 2025					The Law Offices of Jibrael S. Hindi

By: */s/ Gerald D. Lane Jr.*
Gerald D. Lane Jr.
Attorney for Plaintiff

## ORDER

Upon consideration of the stipulation to extend TouchPay Holdings, LLC's deadline to respond to the Complaint, and good cause appearing, the Court hereby **grants** the parties' stipulation and extends TouchPay's deadline to respond to and including January 16, 2026.

**IT IS SO ORDERED.**

Dated:  December 8, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE