Todd Pickles (SBN 215629)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com

Attorney for TouchPay Holdings, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIYANNA MOTHERSHED MANAFOV, Plaintiff, v. TOUCHPAY HOLDINGS, LLC, Defendant. | CASE NO. 2:25-cv-03141-WBS-AC **STIPULATION AND ORDER TO EXTEND DATE FOR RESPONSE TO COMPLAINT** |

Pursuant to Local Rule 144, Defendant TouchPay Holdings, LLC ("TouchPay"), and Plaintiff Tiyanna Mothershed Manafov ("Plaintiff"), through their respective counsel, by stipulation, seek an extension of time for TouchPay to respond to the Complaint and in support states as follows:

1.     Plaintiff filed this case on October 29, 2025. *See* ECF No. 1.

2.     TouchPay was served and its response to the Complaint was due on November 24, 2025. *See* ECF No. 2.

3.     The parties initially agreed to a brief two-week extension of time for TouchPay to review the allegations in the Complaint and prepare a meaningful response to the Complaint. *See* ECF No. 4.

4.     The parties have reached an agreement to fully resolve this matter and require a brief extension of time to finalize the written settlement agreement and appropriate dismissal pleading.

///

1
STIPULATION TO EXTEND DATE TO RESPOND TO COMPLAINT

5.    To that end, the parties respectfully request an extension of time to and including February 6, 2026.

6.    This stipulation is made in good faith, good cause exists, and there is no prejudice to Plaintiff.

Accordingly, the parties respectfully request for an extension of time for TouchPay's response to the Complaint to be extended until and including February 6, 2026, by which time Plaintiff intends to dismiss this matter.

DATED:  January 16, 2026                    GREENBERG TRAURIG, LLP


By:*/s/ Todd Pickles*
    Todd Pickles
    Attorney for Defendant

DATED: January 16, 2026                    The Law Offices of Jibrael S. Hindi


By:*/s/ Gerald D. Lane Jr.*
    Gerald D. Lane Jr.
    Attorney for Plaintiff

STIPULATION TO EXTEND DATE TO RESPOND TO COMPLAINT

## **ORDER**

Upon consideration of the stipulation to extend TouchPay Holdings, LLC's deadline to respond to the Complaint, and good cause appearing, the Court hereby **grants** the parties' stipulation and extends TouchPay's deadline to respond to and including February 6, 2026.

**IT IS SO ORDERED.**

Dated: January 19, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND DATE TO RESPOND TO COMPLAINT